FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FEB 4 - 2010

Civil Action No. '10 - CV - 0 0 2 3 6 *bnß*   GREGORY C. LANGHAM
                                                                          CLERK

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JACK TORRES, #117267,

      Plaintiff,

v.

DANA BUSTOS, Colorado Dept. Of Corrections Mental Health,
STATE OF COLORADO, Office of Governor Bill Ritter,
TANYA GARCIA, Director of Therapeutic Community, A.C.C.,
GRIEGO, G., Case Manager, Arrowhead Correctional Center,
SGT. CANTONWINE, Food Service Supervisor, A.C.C. in C.M.C., and
JOHN DOE AND JANE DOE 1-10,
All the Above Named Defendants in Their Individual and Official Capacities

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __    is not submitted

(2)    __    is missing affidavit

(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)    __    is missing certificate showing current balance in prison account

(5)    __    is missing required financial information

(6)    __    is missing an original signature by the prisoner

(7)    __    is not on proper form (must use the court's current form)

(8)    __    names in caption do not match names in caption of complaint, petition or habeas application

(9)    __    An original and a copy have not been received by the court. Only an original has been received.

(10)   __    other:_____.

**Complaint, Petition or Application**:

(11)   _X_    is not submitted

(12)   __    is not on proper form (must use the court's current form)

(13)   __    is missing an original signature by the prisoner

(14)   __    is missing page nos. ___

(15)   __    uses et al. instead of listing all parties in caption

(16)   __    An original and a copy have not been received by the court. Only an original has been received.

(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   __    names in caption do not match names in text

(19)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form:  Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _2ᵈ_ day of _February_, 2010.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 – CV – 0 0 2 3 6

Jack Torres
Prisoner No.  117267
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on ___2/4/10___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk