IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00236-PAB

JACK TORRES,

    Plaintiff,

v.

ASSISTANT WARDEN O'NEAL, Correctional Corporation of America (CCA),
    Kit Carson Correctional Center (KCCC),
CHIEF EARHART, Correctional Corporation of America (CCA), Kit Carson Correctional
    Center (KCCC),
SARGEANT [sic] CANTONWINE, Colorado Department of Corrections (CDOC),
    Arrowhead Correctional Center (ACC), and
JOHN DOE & JANE DOE 1-10,

    Defendants.

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed ***in forma pauperis***. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED June 15, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00236-PAB-KLM

Jack Torres
Prisoner No. 117267
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Judy Fuchs – **CERTIFIED**
Kit Carson Corr. Center
49777 County Road V
Burlington, CO 80807
**SERVICE DOCUMENTS FOR:**
**Warden O'Neal and Chief Earhart**

Sargeant Cantonwine – **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuchs for service of process on Warden O'Neal and Chief Earhart; and to Cathie Holst for service of process on Sargeant Cantonwine: AMENDED COMPLAINT FILED 6/02/10, ORDER FILED 6/10/10, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/17/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk