IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00236-PAB-KLM

JACK TORRES,

    Plaintiff,

v.

ASSISTANT WARDEN O'NEAL, Correctional Corporation of America (CCA),
CHIEF EARHART, Correctional Corporation of America (CCA), Kit Carson Correctional Center (KCCC),
SERGEANT [sic] CANTONWINE, Colorado Department of Corrections (CDOC), Arrowhead Correctional Center (ACC), and
JOHN DOE & JANE DOE 1-10,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Neal and Erhart's **Motion to Withdraw Motion to Compel Plaintiff to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents** [Docket No. 45; Filed December 16, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Defendants Neal and Erhart's Motion to Compel [Docket No. 42] is **DENIED as moot**.

    Dated: December 17, 2010